# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO, | CASE NO. 1:10-cv-00912-AWI-DLB PC |
| Plaintiff, | ORDER DISMISSING ACTION, WITH PREJUDICE |
| v. | |
| SIX UNKNOWN NAMES AGENTS, et al., | |
| Defendants. | |

Plaintiff Young Yil Jo ("plaintiff") is a prisoner in federal custody at Airpark Unit Correctional Center in Big Spring, Texas. To date, plaintiff has filed more than one hundred civil cases in this district. Plaintiff is an abusive litigant who persists in filing baseless actions in this district.[1] As with the multitude of previous actions filed by Plaintiff, the complaint in this action is rambling and incoherent, and fails to state any cognizable claims under federal law. *Ashcroft v. Iqbal*, 129 S. Ct. 1937, 1949 (2009); *Bell Atl. Corp. v. Twombly*, 127 S. Ct. 1955, 1965 (2007).

This action is HEREBY DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   May 24, 2010**            /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of the complaints in the civil suits filed by Plaintiff in this district.

1